# UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

John P. Ernst                                            **CLERK'S ENTRY OF DEFAULT**

                    Plaintiff(s)         Case Number:   11-3461  DWF/TNL

v.

Valentine & Kebartas, Inc.

                    Defendant(s)

It appearing that defendant Valentine & Kebartas, Inc. is in default for failure to plead or otherwise defend in this action, as required by law, now, therefore, on application of plaintiff,

      **DEFAULT IS HEREBY ENTERED** against Valentine & Kebartas, Inc.

this day, January 17, 2012.

                                   RICHARD D. SLETTEN, CLERK

                                   s/A. Linner

                  (By)    A. Linner             Deputy Clerk