UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| John P. Ernst, | Civil No. 11-3461 (DWF/TNL) |
| Plaintiff, | |
| v. | **ORDER FOR DISMISSAL WITH PREJUDICE** |
| Valentine & Kebartas, Inc., | |
| Defendant. | |

Based upon the Plaintiff's Notice of Voluntary Dismissal With Prejudice filed on February 7, 2012 (Doc. No. [7]),

**IT IS HEREBY ORDERED**, that Plaintiff's claims against Defendant are **DISMISSED** in their entirety, on the merits and **WITH PREJUDICE.** Each party shall bear their own costs and attorney fees.

Dated: February 7, 2012      s/Donovan W. Frank
                             DONOVAN W. FRANK
                             United States District Judge